**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RICHARD PINKERTON,** | ) | |
| **No. R71377,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 13-cv-01194-JPG** |
| | ) | |
| **RANDY VALDEZ,** | ) | |
| **C/O PHEMISTER,** | ) | |
| **HAROLD SCHULER,** | ) | |
| **ZACHARY S. ROECKERMAN,** | ) | |
| **CANDICE CHILDERS,** | ) | |
| **C/O ATCHISON,** | ) | |
| **C/O FANCHER,** | ) | |
| **KEVIN ROUSEY, and** | ) | |
| **LT. PARISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On November 19, 2013, Plaintiff Richard Pinkerton, an inmate in Menard Correctional Center, filed this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. While the preliminary review of the complaint was being conducted pursuant to 28 U.S.C. § 1915A, Plaintiff filed a "motion" to voluntarily dismiss the action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice (Doc. 7).

Pursuant to Rule 41(a)(1)(A)(i), no motion is necessary. Rather, upon filing "notice" of voluntary dismissal, the case is terminated automatically, without Court order. In any event, Pursuant to Rule 41(a)(1)(B), dismissal is with prejudice as requested by Plaintiff .

The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  December 19, 2013**

_s/ J. Phil Gilbert_____
**United States District Judge**